| | |
|---|---|
| 1 | MARC M. SELTZER (54534) |
| | mseltzer@susmangodfrey.com |
| 2 | STEVEN G. SKLAVER (237612) |
| | ssklaver@susmangodfrey.com |
| 3 | AMANDA BONN (270891) |
| | abonn@susmangodfrey.com |
| 4 | SUSMAN GODFREY L.L.P. |
| | 1901 Avenue of the Stars, Suite 950 |
| 5 | Los Angeles, CA 90067 |
| | Telephone: (310) 789-3100 |
| 6 | Fax: (310) 789-3150 |
| 7 | Attorneys for Defendant Alta-Dena Certified Dairy, LLC |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JUAN PEREZ, on behalf of himself and those similarly situated, | Case No. CV 13-07741 R (FFMx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| ALTA-DENA CERTIFIED DAIRY, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive, | |
| Defendants. | |

On February 21, 2017, the Court entered an order granting the motion for summary judgment filed by Defendant Alta-Dena Certified Dairy, LLC ("Defendant"), concluding that there is no genuine dispute as to any material fact and Defendant is entitled to judgment as a matter of law on all of Plaintiff's asserted claims. *See* Dkt. No. 123.

Pursuant to the Court's Order Granting Defendant's Motion for Summary Judgment and Federal Rule of Civil Procedure 58(a), IT IS HEREBY ADJUDGED that Plaintiff's claims are all dismissed with prejudice, that Plaintiff shall take nothing, that JUDGMENT IS ENTERED IN FAVOR OF DEFENDANT on all of Plaintiff's claims, and that Defendant shall recover its costs incurred herein. Defendant may file a bill of costs no later than fourteen days after entry of this judgment.

IT IS SO ORDERED.

Dated: March 13, 2017

_____
Hon. Manuel L. Real
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

MARC M. SELTZER
STEVEN G. SKLAVER
AMANDA BONN
SUSMAN GODFREY L.L.P.

By: */s/ Amanda Bonn*
    Amanda Bonn
    Attorneys for Defendant
    Alta-Dena Certified Dairy, LLC